UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHANNY PUELLO, et al.,

                Plaintiffs,

v.                                                                                              ORDER

BIMBO FOODS BAKERIES DISTRIBUTION,                    17-cv-04481 (PMH)
LLC and BIMBO BAKERIES USA, INC.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no substantive activity on this docket since September 17, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 15, 2020.

**SO ORDERED.**

Dated: New York, New York
       April 29, 2020

_____
Philip M. Halpern
United States District Judge