# Morgan Lewis

> Application granted. The conference scheduled for November 10, 2020 is adjourned until November 24, 2020 at 11:15 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        November 4, 2020

**Michael J. Puma**
+1.215.963.5305
michael.puma@morganlewis.com

November 2, 2020

<u>VIA ECF</u>

The Honorable Philip M. Halpern
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re: *Puello v. Bimbo Foods Bakeries Distribution, LLC et al.*, No. 7:17-cv-04481 (PMH)

Dear Judge Halpern:

We represent Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of Plaintiffs' counsel regarding the telephonic pre-motion conference scheduled for November 10, 2020 at 1:30 p.m. Unfortunately, we have an unavoidable conflict on that date, and thus respectfully request that the conference be rescheduled. We have conferred with Plaintiffs' counsel and are both available on the following dates:

- November 9, 2020
- November 11, 2020
- November 12, 2020, after 2:00 p.m.
- November 13, 2020

This is the first request by either party to reschedule this conference. To the extent the Court is not available on the dates listed above, the parties will gladly confer further to find other mutually convenient dates.

We thank the Court for its consideration of this request.

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921　　T +1.215.963.5000
United States　　　　　　　　　　F +1.215.963.5001

The Honorable Philip M. Halpern
November 2, 2020
Page 2

Sincerely,

*/s/ Michael J. Puma*

Michael J. Puma

c: All Counsel (via ECF)